UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

MARIA HERMINIA GRATEROL-GARRIDO,

                Plaintiff,

-against-

PATRICIA MARIA VEGA,

                Defendant.

----------------------------------- x

ORDER

20 Civ. 4209 (GBD) (RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 17 2020

GEORGE B. DANIELS, District Judge:

    The September 24, 2020 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Lehrburger for General Pretrial and dispositive motions.

Dated: September 17, 2020
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE