```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

                        Plaintiff,

            - against -

PATRICIA MARIA VEGA,

                        Defendant.
--------------------------------------------------------------X

20-CV-4209 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    During the Initial Pretrial Conference held before the Court on October 6, 2020, Plaintiff indicated they would move to seal and/or strike portions of the Defendant's Answer. Plaintiff may file a letter of no more than three pages setting forth their application. Defendant shall have seven calendar days to file a response of no more than three pages. In filing their letters, the parties are instructed to review and adhere to this Court's individual rules and practices.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2020
        New York, New York

Copies transmitted this date to all counsel of record.