```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIA HERMINIA GRATEROL-GARRIDO,                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :          20-CV-4209 (JPC) (RWL)
              -v-                                                      :
                                                                       :              NOTICE OF
PATRICIA MARIA VEGA,                                                   :             REASSIGNMENT
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any conference or oral argument before the Magistrate Judge will proceed as ordered.

Pursuant to the Court's Individual Rules and Practices for *Pro Se* Litigants, all communications with the Court by a *pro se* party should be mailed to the *Pro Se* Intake Unit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

SO ORDERED.

Dated: October 19, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge