```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,        :
                                        :          20-CV-4209 (JPC) (RWL)
                    Plaintiff,          :
                                        :                ORDER
        - against -                     :
                                        :
PATRICIA MARIA VEGA,                    :
                                        :
                    Defendant.          :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　This Court previously issued an order scheduling a pre-settlement conference call for November 2, 2020 at 11:30 a.m.  Defendant appeared for the call.  Plaintiff counsel did not.  Accordingly, by letter to the Court no later than **November 9, 2020**, Plaintiff counsel shall show cause why they should not be sanctioned for failing to appear.

　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT W. LEHRBURGER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2020
　　　　New York, New York

Copies transmitted this date to all counsel of record.