



# KENT, BEATTY & GORDON, LLP

### ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300    FAX: (212) 421-4303
WWW.KBG-LAW.COM

November 2, 2020

**Joshua B. Katz**
jbk@kbg-law.com
Admitted in NY

**By ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Graterol-Garrido v. Vega*, 20 Civ. 4209 (JPC) (RWL)

Dear Judge Lehrburger:

    I represent Plaintiff Maria Graterol-Garrido and write in response to the Court's Order to Show Cause of today's date.  I apologize to the Court and Defendant for not appearing on the conference line at 11:30 this morning.  When Ms. Shah originally emailed the parties to advise us of the dates for the settlement and pre-settlement conferences, I misread "November 2" in her email as "November 12."  As a result, I mistakenly calendared the pre-settlement conference for 11:30 a.m. on the 12th.  When I received Mr. Wu's email this morning, I dialed into the conference line at 11:45 a.m. (i.e., 15 minutes late), but by then the call had concluded.  As proof that this was an innocent mistake, I have enclosed my emails with Ms. Shah about the dates.  As reflected in the emails, in response to Ms. Shah's request to confirm the dates, I replied: "On behalf of plaintiff, I confirm our attendance on Nov. *12* and Nov. 18." (Emphasis added.)  Again, I apologize to the Court and to Defendant for my error, and submit that no sanction is warranted.  This was an isolated occurrence caused by simple human error on my part, and it did not prejudice any party's rights or (because the conference was telephonic) impose unnecessary travel expense.

    Respectfully submitted,

Joshua B. Katz

Encl.
cc:  Ms. Patricia Vega