



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300    FAX: (212) 421-4303
WWW.KBG-LAW.COM

**Joshua B. Katz**
jbk@kbg-law.com
Admitted in NY

November 19, 2020

**By ECF and Email**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Graterol-Garrido v. Vega*, 20 Civ. 4209 (JPC) (RWL)

Dear Judge Lehrburger:

      We represent Plaintiff Maria Graterol-Garrido.  We write to advise the Court that Defendant Patricia Vega has published a lengthy Facebook post disclosing communications purportedly made at yesterday's settlement conference.  A copy of Ms. Vega's post is enclosed.  This breach of confidentiality violates Rule 1 of this Court's individual Settlement Conference and Mediation Procedures.  *See also* 28 U.S.C. § 652(d).  Accordingly, we request that Ms. Vega be ordered to remove this post and admonished not to further breach the confidentiality of the settlement conference.

      Additionally, we request that the Court allow us to file this letter's enclosure under seal to avoid further compromising the confidentiality of the settlement conference.  Accordingly, we propose to file a public version of this letter without the enclosure, and a sealed version that includes the enclosure.

Respectfully submitted,

Joshua B. Katz

Encl.
cc:  Ms. Patricia Vega (by ECF and Email)