```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,              :
                                              :      20-CV-4209 (JPC) (RWL)
                        Plaintiff,            :
                                              :      ORDER
        - against -                           :
                                              :
PATRICIA MARIA VEGA,                          :
                                              :
                        Defendant.            :
---------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 11/19/2020**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 18, 2020, the Court and the parties held a settlement conference. Settlement conference discussions are strictly confidential, and information learned or discussed during the conference may not be publicized or disclosed to non-parties or their legal representatives. Confidentiality is literally Rule Number 1 of the Court's individual rules and practices for settlement conferences, which are publicly available on the SDNY website. The parties previously have been advised to review and familiarize themselves with my rules.

The Court is in receipt of a letter dated November 19, 2020, addressing and including a copy of a social media post (dated 1 day ago) by Defendant that discloses confidential material; namely, discussions from the November 18, 2020 settlement conference. Accordingly, Defendant is hereby ORDERED to immediately, and in any event no later than **5:00 p.m.** on **November 20, 2020**, remove the social media post and any other postings or disclosures that pertain to matter discussed during the settlement conference.

1

Failure to comply with this Order may result in contempt sanctions, whether monetary or otherwise.

          SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2020
      New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.