



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300   FAX: (212) 421-4303
WWW.KBG-LAW.COM

November 23, 2020

**By ECF and Email**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Joshua B. Katz**
jbk@kbg-law.com
Admitted in NY

Re:  *Graterol-Garrido v. Vega*, 20 Civ. 4209 (JPC) (RWL)

Dear Judge Lehrburger:

    We represent Plaintiff Maria Graterol-Garrido.  We write to advise that, despite the Order of November 19 (ECF No. 23), Defendant Patricia Vega has not removed her social media post disclosing communications purportedly made at the settlement conference. See https://www.facebook.com/pattyvega/posts/10158713337611203.

    Ms. Vega's non-compliance with the Court's Order appears to be intentional.  She has published three lengthy posts about this litigation since November 19, confirming that she is able to access her social media accounts.  She also sent me two emails on Saturday morning, confirming that she has email access.  Finally, yesterday I emailed Ms. Vega another copy of the Order and demanded that she fully comply by no later than this morning.  She has not responded to my email.

Respectfully submitted,

Joshua B. Katz

cc:  Ms. Patricia Vega (by ECF)