USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

                        Plaintiff,

          - against -

PATRICIA MARIA VEGA,

                        Defendant.
-------------------------------------------------------------X

20-CV-4209 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plainitff's letter regarding Defendant's failure to comply with this Court's November 19, 2020 Order (Dkt. 23) requiring Defendant to remove any social media postings disclosing communications purportedly made during the recent settlement conference. Accordingly, on **November 25, 2020** at **10:30 a.m.**, Defendant shall show cause why she should not be sanctioned for failure to comply with the November 19 Order. The parties shall appear for the show cause hearing by calling the teleconference number at **(888) 398-2342** and entering access code **9543348**. Defendant's failure to appear for the hearing may result in imposition of sanctions, not only for violation of the November 19 Order but also for failure to appear for the show cause hearing.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2020
        New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.