```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

                         Plaintiff,

          - against -

PATRICIA MARIA VEGA,

                       Defendant.
---------------------------------------------------------------X

20-CV-4209 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Defendant has filed a document styled as an emergency motion apparently asking this Court to exercise jurisdiction over matters that are subject of ongoing proceedings in state family court.  (Dkt. 27.)  Plaintiff shall file a response to the motion by **December 21, 2020**.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.