```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:  12/14/2020         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARIA HERMINIA GRATEROL-GARRIDO,        :
                                        :          20-CV-4209 (JPC) (RWL)
                    Plaintiff,          :
                                        :              **ORDER**
        - against -                     :
                                        :
PATRICIA MARIA VEGA,                    :
                                        :
                    Defendant.          :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant has filed a request to "remove" a state family court proceeding or extend

discovery.  (Dkt. 32.)  The contents are similar to Defendant's filing at Dkt. 27.  Plaintiff

shall include its response to Dkt. 32 as part of its response to Dkt. 27, currently due

**December 21, 2020**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2020
        New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.