```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

              Plaintiff,

    - against -

PATRICIA MARIA VEGA,

              Defendant.
-------------------------------------------------------------X

20-CV-4209 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    If Defendant would like to file a reply to Plaintiff's memorandum at Dkt. 34, filed on December 21, 2020, she shall do so no later than **January 5, 2021**.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 22, 2020
       New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.