```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

                     Plaintiff,

       - against -

PATRICIA MARIA VEGA,

                     Defendant.
-------------------------------------------------------------X

20-CV-4209 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The time for Defendant to reply as per this Court's December 22, 2020 Order (Dkt. 35) having expired, and for substantially the reasons set forth in Plaintiff's memorandum (Dkt. 34), Defendant's "Emergency Motion for the Court to Exercise Supplemental Jurisdiction" (Dkt. 27) is DENIED. The Court does not have the jurisdiction or authority to grant the relief requested. Defendant's request for an extension of discovery (Dkt. 32) is also DENIED.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 6, 2021
        New York, New York

Copies transmitted this date to all counsel of record and Defendant pro se via ECF.