UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARIA HERMINIA GRATEROL-GARRIDO,                  :
:
Plaintiff,            :
:           20-CV-4209 (JPC) (RWL)
-v-                     :
:                  ORDER
PATRICIA MARIA VEGA,                              :
:
Defendant.           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

All parties are hereby ORDERED to appear before the undersigned for a Pretrial Conference on February 25, 2021, at 12:00 p.m. Any party that is proceeding in this case *pro se* is required to appear at this conference. The Court will conduct the Pretrial Conference by teleconference. At the scheduled time, Plaintiff's counsel and the *pro se* Defendant should call (866) 434-5269, access code 9176261.

The parties should be prepared to discuss whether they anticipate filing any summary judgment motions, and if so, the subject matter of any motions.

SO ORDERED.

Dated: February 5, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge