```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MARIA HERMINIA GRATEROL-GARRIDO,                    :
                                                    :
                        Plaintiff,                  :
                                                    :         20 Civ. 4209 (JPC) (RWL)
        -v-                                         :
                                                    :                ORDER
PATRICIA MARIA VEGA,                                :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 25, 2021, the Court held a Pretrial Conference and set a schedule for the parties' forthcoming bench trial. Trial will commence on May 3, 2021 via video. The Court will provide further guidance, including a time and a link to the video conference, closer to that date.

Plaintiff's pretrial submissions are due April 2, 2021. On that date, Plaintiff shall provide the Court with a Pretrial Statement as described in Rule 7.A of the Court's Individual Rules and Practices for *Pro Se* Litigants. Specifically, Plaintiff must include in this submission (1) a statement of the facts that Plaintiff hopes to prove at trial; (2) a list of all documents or other physical objects that Plaintiff plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses Plaintiff intends to have testify at trial. Additionally, Plaintiff must provide the Court with proposed findings of fact and conclusions of law. Plaintiff also shall file any motions *in limine* with its pretrial submissions on April 2, 2021.

Defendant must file a similar Pretrial Statement by April 16, 2021. Defendant is not required to submit proposed findings of fact and conclusions of law. In the event Plaintiff files any motions *in limine*, Defendant also shall file any oppositions by April 16, 2021. Defendant also shall file any motions *limine* on April 16, 2021, with Plaintiff's oppositions due April 28, 2021.

    The parties are further ordered to appear before the Court for a final Pretrial Conference on April 21, 2021, at 12:30 p.m.  The Court will conduct that conference by teleconference.  At the scheduled time, Plaintiff's counsel and the *pro se* Defendant should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: February 25, 2021
       New York, New York

                                            JOHN P. CRONAN
                                      United States District Judge