UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MARIA HERMINIA GRATEROL-GARRIDO,  :
:
                Plaintiff,  :
:      20 Civ. 4209 (JPC) (RWL)
    -v-  :
:      <u>ORDER</u>
PATRICIA MARIA VEGA,  :
:
                Defendant.  :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 27, 2021, Defendant sent a document to the Pro Se Intake Unit incorrectly labeled as "Plaintiff's Pretrial Proposed Findings of Fact and Conclusions of Law."  The Pro Se Intake Unit submitted the filing with the docket entry reflecting that same title, "Plaintiff's Proposed Findings of Fact and Conclusions of Law." Dkt. 51.  Because the filing was made by Defendant, not Plaintiff, and because it contains Defendant's proposed findings of fact and conclusions of law, the Pro Se Intake Unit is directed to change the docket entry title of Docket Number 51 to "Defendant's Proposed Findings of Fact and Conclusions of Law."

      SO ORDERED

Dated: May 3, 2021
       New York, New York

                                          JOHN P. CRONAN
                                      United States District Judge