UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
MARIA HERMINIA GRATEROL-GARRIDO,

                 Plaintiff,

                                                                                20 Civ. 4209 (JPC) (RWL)

          -v-

                                                                                ORDER

PATRICIA MARIA VEGA,

                 Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the June 30, 2021 status conference, this case shall proceed to trial on November 8, 2021. The parties are directed to appear before the undersigned for the Final Pretrial Conference on October 27, 2021, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007.

      SO ORDERED.

Dated: June 30, 2021
       New York, New York

                                                                         _____
                                                                           JOHN P. CRONAN
                                                                      United States District Judge