```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MARIA HERMINIA GRATEROL-GARRIDO,                    :
                                                    :
                          Plaintiff,                :
                                                    :       20 Civ. 4209 (JPC)
              -v-                                   :
                                                    :       ORDER
PATRICIA MARIA VEGA,                                :
                                                    :
                          Defendant.                :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    A bench trial is scheduled to begin in this case on November 8, 2021, and the final pretrial conference is scheduled for October 27, 2021 at 10:00 a.m.  If the parties do not expect the trial to go forward, they should notify the Court by October 22, 2021.

    Both the final pretrial conference and the trial itself, with the exception of any video testimony, will take place in person in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  At the final pretrial conference, the parties may test any audio or video equipment they wish to use to present evidence at trial.

    Plaintiff has previously requested to testify by video at trial, and at the May 3, 2021 conference, Defendant consented to that request.  If Plaintiff no longer wishes to testify remotely at trial, the parties should notify the Court by October 22, 2021.  In addition, if either party seeks to have any other witnesses testify remotely at trial, they must so notify the Court by October 22, 2021, and must note whether the adverse party consents to such remote testimony.

    At trial, the Court will take direct testimony by affidavit and cross-examination live.  By the time of the final pretrial conference on October 26, 2021, the parties must submit:

    (1) affidavits—the originals of which shall be marked as exhibits at trial—constituting the

direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and from whom the Court has agreed to hear direct testimony during trial; and

(2) all deposition excerpts that will be offered as substantive evidence, as well as a one-page synopsis of those excerpts for each deposition (with citations to the pertinent pages of the deposition transcript).

If Plaintiff's counsel requires an order permitting them to bring electronic devices to the courthouse for the conference or the trial, they should submit the electronic devices form available on the Court's website. If the *pro se* Defendant requires such an order, she shall file a letter-motion with the Court.

SO ORDERED.

Dated: October 20, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge