



# KENT, BEATTY & GORDON, LLP

ATTORNEYS AT LAW

ELEVEN TIMES SQUARE
NEW YORK, NY 10036
PHONE: (212) 421-4300   FAX: (212) 421-4303
WWW.KBG-LAW.COM

**Joshua B. Katz**
jbk@kbg-law.com
Admitted in NY

December 13, 2021

**By ECF**
Hon. John P. Cronan
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*This request is granted. Plaintiff shall file their proposed findings of fact and conclusions of law by December 17, 2021.*

*SO ORDERED.*
*Date: December 14, 2021*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

Re: *Graterol-Garrido v. Vega*, 20 Civ. 4209 (JPC) (RWL)

Dear Judge Cronan:

     I represent plaintiff Maria Graterol-Garrido and write to request that the deadline for submitting proposed findings of fact and conclusions of law be extended to December 17, 2021. The court reporter was delayed in completing the trial transcript, which I did not receive until this past Thursday, December 9. Accordingly, I am requesting these two additional days to complete my review of the transcript and incorporate the appropriate citations into plaintiff's proposed findings.

.

Respectfully submitted,

Joshua B. Katz

cc: Ms. Patricia Vega (by ECF)