UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  :
MARINA HERMINIA GRATEROL-GARRIDO,  :
  :
                Plaintiff,  :
  :      20 Civ. 4209 (JPC)
   -v-  :
  :      <u>ORDER</u>
PATRICIA MARIA VEGA,  :
  :
                Defendant.  :
  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 16, 2022, Defendant filed submissions which have been docketed under seal at Docket Number 74, and with redactions at Docket Number 75. Upon review of the documents, none appear to state a claim for relief that can be granted in the civil action before this Court. The Court will rule on the pending bench trial in this case in due course. The Clerk of Court is respectfully directed to mail this Order to the *pro se* Defendant.

      SO ORDERED.

Dated: February 17, 2022
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge