**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARINA HERMINIA GRATEROL-GARRIDO,

                Plaintiff,

-against-                        20 **CIVIL** 4209 (JPC)(RWL)

## **JUDGMENT**

PATRICIA MARIA VEGA,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 27, 2022, the request is granted and judgment is entered for Plaintiff in the amount of $5,000; accordingly, the case is closed.

**Dated:**  New York, New York

       July 27, 2022

                                        **RUBY J. KRAJICK**
                                        _____
                                            **Clerk of Court**
                        **BY:**     *K. Mango*
                                         _____
                                            **Deputy Clerk**